UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                                    ) | CR425-010 |
| ) | |
| TAMEKIA NANCY MUMFORD,      ) | |
| ) | |
| Defendant.                              ) | |

# ORDER

The Government moves, with Defendant's consent, to amend the Indictment. Doc. 25. The United States represents that Defendant's middle name in the Indictment is incorrect. *Id.* at 2. Therefore, it requests that her middle name be deleted. *Id.* at 1. The requested change does not alter any factual allegations or charges against Defendant. *Id.* at 9-11.

"The Fifth Amendment provides that no person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury. [Cit.] The Supreme Court has interpreted this provision to mean that after an indictment has been returned its charges may not be broadened through amendment except by the grand jury itself." *United States v. Norbergs*, 752 F. App'x 942,

943 (11th Cir. 2018) (internal quotation marks, alterations, and citations omitted). "This general prohibition against amend applies unless the change is merely a matter of form." *Id.* (internal quotation marks and citation omitted). "[A]mendments that are merely a matter of form are freely permitted. Matters of form include amendments to correct a misnomer." *United States v. Johnson*, 741 F.2d 1338, 1340-41 (11th Cir. 1984) (internal quotation marks, citation, and footnote omitted). As such, the Government's amendment request is merely a "matter of form" that should be freely permitted. The Court **GRANTS** the United States' Motion to Amend Indictment. Doc. 25.

No later than May 15, 2025, the United States is **DIRECTED** to prepare a modified version of the previously filed Indictment in which all instances of the erroneous middle name "Nancy" have been stricken through and to present that modified version of the Indictment to the Clerk for filing by means of an email to the undersigned's Courtroom Deputy Clerk, Molly Davenport, at molly_davenport@gas.uscourts.gov. Upon receipt of the Government's submission, the Clerk is **DIRECTED**

to file the revised version of the Indictment upon the docket of the case and to list Defendant's name as Tamekia Mumford.

**SO ORDERED**, this 12th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA